<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000014
17-APR-2026
08:22 AM
Dkt. 210 ODMR**</span>

NOS. CAAP-24-0000014 AND CAAP-24-0000015

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARK MALAGODI and JANET JOHNSTON, Plaintiffs/Counterclaim
Defendants-Appellees,
v.
CAMERON E. NICE, MARTHA J. JACOBSEN, aka MARTHA J. JACOBSON-
NICE, Defendants/Counterclaimants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for
AMERICAN SAVINGS BANK, F.S.B., a Federal Savings Bank,
Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE
CORPORATIONS 1-20, and DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-22-0000027)

ORDER DENYING MOTION FOR RECONSIDERATION
AND NOTICE OF EX PARTE COMMUNICATION
(By: Nakasone, Chief Judge, Hiraoka, and Guidry, JJ.)

Upon review of self-represented Defendants-Appellants
Cameron E. Nice and Martha J. Jacobsen aka Martha J. Jacobsen-
Nice's (the **Nices**) "Notice – ICA Judicial Fraud and Mistakes,
Misadvertence, Negligence and Fraud by ICA Staff Attorneys"

received by the appellate clerk on April 13, 2026, which is construed as a motion for reconsideration (**Motion**), the papers in support, and the record, it appears that the Nices fail to demonstrate a point of law or fact that the court overlooked or misapprehended in the April 7, 2026 summary disposition order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

IT IS FURTHER ORDERED that the Nices are instructed to cease engaging in ex parte communications with the court. The attached ex parte communication was received via email on April 8, 2026 from senders who identified themselves as the Nices.

IT IS FURTHER ORDERED that the appellate clerk shall provide a copy of this order to the supreme court clerk.[1]

DATED: Honolulu, Hawaiʻi, April 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1] We take judicial notice that in SCPW-25-0000359, the Hawaiʻi Supreme Court stated the Nices "are ordered to immediately cease sending emails to any judge or justice. Any further email to the court will be considered a violation of this order and may result in sanctions." Nice v. Valenciano, No. SCPW-25-0000359, Dkt. 36, at 17 (Haw. May 13, 2025) (Order).

 

## NOTICE – ICA Judicial Fraud and Mistakes, Misadvertence, Negligence and Fraud by ICA Staff Attorneys

**From** cameron <cameron@hawaiianoptics.com>

**Date** Wed 4/8/2026 9:50 PM

**To** Karen T. Nakasone <Karen.T.Nakasone@courts.hawaii.gov>; Keith K. Hiraoka <keith.k.hiraoka@courts.hawaii.gov>; Kimberly T. Guidry <Kimberly.T.Guidry@courts.hawaii.gov>

**Cc** Sabrina S. McKenna <sabrina.s.mckenna@courts.hawaii.gov>; Brandon M. Kimura <brandon.m.kimura@courts.hawaii.gov>; JudConduct C Comm <JudConduct.C.Comm@courts.hawaii.gov>; info@dbhawaii.org <info@dbhawaii.org>; marti <marti@hawaiianoptics.com>

📎 4 attachments (9 MB)

5CCV 22 27 Court record Docket 521 Motion to Reconsider we did not file .pdf; CAAP 24 14 Dkt#198 Fraudulent Dismissal with notations.pdf; Letter from Commission on Judicial conduct Auguat 29,2025.pdf; patsy email 11 1 24 case under appeal no jurisdiction.pdf;

Some people who received this message don't often get email from cameron@hawaiianoptics.com. Learn why this is important

CAMERON NICE MARTHA NICE
6281 C Hauaala Rd
Kapaa, Hawaii 96746
Mailing Address:
P.O. Box 474
Kapaa, HI 96746
808-652-0073
cameron@hawaiianoptics.com

April 8, 2026

Sent via email and USPS mail

TO: Commission on Judicial Conduct
417 South King St.
Honolulu, HI 96813

TO: ICA Chief Judge Karen Nakasone
417 South King St.
Honolulu, HI 96813

TO: ICA Judge Keith Hiraoka
417 South King St.
Honolulu, HI 96813

TO: ICA Judge Kimberly Guidry
    417 South King St.
    Honolulu, HI 96813

TO: Chief and Administrative Justice Sabrina Mckenna
    417 South King St.
    Honolulu, HI 96813

TO: Court Administrator Brandon Kimura
    417 South King St.
    Honolulu, HI 96813

Judge Karen Nakasone,
Judge Keith Hiraoka,
Judge Kimberly Guidry,

RE:

**NOTICE 1** - Incorrect and/or Fraudulent Dismissal of CAPP-24-0000014

**NOTICE 2** - Mistakes, Misadvertence, Negligence, and Fraud by ICA Staff Attorneys that needs to be MANDATORILY (not optional/not discretional) addressed/corrected by the Chief and Administrative Judge of the ICA and/or the Chief and Administrative Justice of the Hawaii Judiciary (Justice McKenna ccd) and/or the Court Administrator (Brandon Kimura ccd)

**NOTICE 3 -** ICA Judicial Fraud, HRCJC Rule 2.15 Non-Compliance, and ICA Judicial Retaliation pursuant to HRCJC Rule 2.16 by Judge Nakasone, Judge Hiraoka, and Judge Guidry.

The ICA Judges and ICA Staff Attorneys are Egregiously Violating our Legal, Procedural, and Constitutional Rights. Please be advised that Judicial Immunity only covers Discretional Judicial actions/inactions and not Mandatory Administrative actions/inactions.

**Please Immediately Sua Sponte** (and within 5 Days) correct all matters in these 3 Notices and our Legal Directives below. We can file the appropriate Motions for Reconsiderations and Petitions of Writ if needed for the Judicial Non-Administrative Mandatory Matters, but time is of the essence and everyday, every hour and every minute that the ICA and the Hawaii Judiciary waits…causes our low income family further Irreparable Harm*

**\*Irreparable Harm** Our Kauai Family has been irreparably financially, psychologically, and emotionally harmed and in regards to my wife (Marti Nice) irreparable physically harmed because after being in Remission from Leukemia for many years, her Lymphocytes recently and unexpectedly increased which means her Leukemia might be coming back. We are officially requesting the Judges of the ICA to provide us a Confidential Manner to submit these Pathological Findings to the Court.

_____


**NOTICE 1 & 2**

Judges of the ICA, we **Strongly Suggest** you review Orders drafted by your Staff Attorneys prior to signing your name to them.

Your Staff Attorneys Dismissal Argument, which is entirely based on the Plaintiffs Answer to our Opening Brief is completely wrong, prejudiced, biased, and against the weight of evidence.  The Forgay Doctrine, numerous case precedents, and the issue of Lack of Jurisdiction that they reference in accordance with the Plaintiffs' Argument are moot and irrelevant… and yet your Staff Attorneys officially declared that the Plaintiffs arguments/challenges "have merit".

**WHY ??  BECAUSE**… the ICA Judges/Staff Attorneys must 1st investigate whether the Circuit Court Orders in Question were done Procedurally Correct** and whether the Record on Appeal**  submitted by the Circuit Court was accurate…which (as we referenced numerous times in CAAP-24-14 and we also requested to expose in oral arguments) **they weren't**, which renders these Orders Automatically Void (Relief of Judgment HRCP Rule 60), Warrants Immediate Granting of our Appeal by the ICA, and Constitutes Fraud Upon the Circuit and ICA Courts .

We are not sure why you chose to ignore the evidence, but since the ICA Staff Attorneys Dismissal Argument is entirely based on the Plaintiffs' Attorney (Kauai Per Diem Judge Jonathan Chun) Argument, we are forced to assume they did it to prejudicially and biasedly help him (their State of Hawaii coworker) win this Appeal Dismissal so that his clients can keep illegally charging us $1,500.00 a day (over $900,000 already and growing) and Judge Chun could charge us his attorney fees (over $120,000.00 already and growing).

**** Procedurally Incorrect Contempt of Court Order and Fraudulent Record on Appeal -**

As we explained numerous times to the ICA and provided admissible evidence to support our position… we filed a Notice of Appeal(CAAP-23-0000381) into the Circuit Court (Docket #519) and that Notice was wrongfully and against our legal directives changed to a Motion by Legal Docs Supervisor Christine Delacruz and she **illegally** signed our names to this Motion and **illegally** assigned a Court hearing to it (Docket#521). Again, we authorized none of this and please verify/validate this with the Circuit Court Docket Summary (attached) and with the 5th Circuit Court Document Supervisor (lisa.d.kimura@courts.hawaii.gov), she internally reviewed the Court docket submission and provided us verbal confirmation that she can verify/validate that it wasn't us that filed this Motion and Hearing.  Lisa will tell you the truth in these matters.

This Absolutely Constitutes Fraud and Wrongdoing… and yet your Staff Attorneys wrongfully cited this Motion for Reconsideration **5 Times in this Dismissal Order (see attached), which aids and abets the Plaintiffs' Civil and Criminal Fraud (§708-835.65) against our low income family.**

Then the Plaintiffs Moved up their Contempt of Court Motion into this non sanctioned non authorized hearing through an Ex Parte Motion(Docket#529), which only gave us 2 days to submit a Memorandum in Opposition.  Two days to respond to such a serious Motion would be hard for an accomplished attorney, but completely impossible for Non Movant Forced Pro Se Defendants like Marti and I.

We immediately in writing (Court dockets) informed the Circuit Court/Judge Valenciano  as well as the plaintiffs attorney (Kauai Per Diem Judge Jonathan Chun) and our Co-Defendants' Attorney (Kauai Per Diem Judge Michael Scarbo) that these were mistakes, misadvertence, negligence, and fraud of Christine Delacruz and we requested the Chief and Administrative Judge Valenciano (the Presiding Judge of our case) to Administratively address and correct these mistakes and cancel this hearing as he is MANDATORILY (not optional/not discretional) required to.

Judge Valenciano who was going through some emotional/mental problems and was not of sound mind*** completely ignored us (as did Judge Chun and Judge Scarbo) and they held this hearing anyways.  In this non sanctioned non authorized hearing, not only did Judge Valenciano illegally hold us in contempt of court and illegally charge us $1,500.00 a day… he also awarded another $50,000.00 to the plaintiffs for septic repairs that we had already completed prior to this frivolous litigation by the plaintiffs and which we had provided the Court overwhelming admissible evidence of (pictures, videos, receipts, etc).

Our Co-Defendant (American Savings Bank) attorney filed a Position to help the plaintiffs in this illegal court hearing and signed this corrupt order to insure that the bank was put in 1st position on the theft of our home equity… and Judge Chun actually orally thanks Judge Scarbo for his help in these Criminal Matters, as proven by Court Video of our November 16, 2023 Court Hearing.

**\*\*\*Chief and Administrative Judge Randal Valenciano was not of Sound Mind** - In September 2025, Chief Judge Valenciano quietly retired after 18 years of service and with 2 years left on his contract.  There was no fanfare, no celebration, no public acknowledgment… and Judge Valenciano left the Court that he loved without a Circuit Court Judge… the only other Circuit Court Judge (Judge Kathleen Watanabe) had just retired in August.

Kauai is small and we personally know and love the Valenciano family (we have dinners with his sister, brother in law and their family)… and we know for a fact that Judge Valenciano would never leave his Court shorthanded like this, nor would he give up on over $450,000.00 in salary.

Judge Valenciano was a good Judge… but he **SNAPPED** due to the stress of the job and due to the Sexual Predator charges (Rosa vs Valenciano 1:23-cv-00315-JAO-WRP) which were going on at the exact same time of our circuit court case and which the State of Hawaii paid $90,000 in hush money.

We also filed two separate Motions to Recuse and Disqualify him (Dockets #163 and #403), a Motion for him to abide by all the HRCJC Rules(Docket #631), as well as numerous other Motions to Dismiss and Vacate his INSANE and unjust Orders, including the Summary Judgment Order (where Hawaii Life Brokerage's Attorney Judge Robert Goldberg illegally blocked our Hawaii Life realtors from providing an affidavit for our defense but allowed the plaintiffs Hawaii Life realtor Court submit a perjured affidavit under a Dual Agency Contract) and the  Vexatious Litigant Motion/Order put forth by ASB…but he wrongfully denied all motions, which further proves he was not of sound mind.  We gave him every possible opportunity to amend these corrupt orders… but he was already emotionally/mentally incapacitated to understand right from wrong.

We also officially requested him (over 30 times) to Administratively Correct all the mistakes, misadvertence, negligence, and fraud of his 3 Kauai Per Diem Judges/Attorneys that are party to our case and 3 5th Circuit Court Judicial Employees… but he completely ignored us, which further proves his mental, judicial, and administrative incapacities.

_____-

**NOTICE 3**

We are not "self-represented Defendants-Appellants" as your Staff Attorneys described, we are **Forced Non Movant Pro Se Defendants/Appellants** thanks to the not sound of mind Chief and Administrative Judge Randal Valenciano and the Torkildson Katz Law Corporation.

My wife and I didn't choose to remain Pro Se, that choice was wrongfully/illegally stolen from us by Chief Judge Randal Valenciano and the Torkildson Katz Law Corporation on January 12, 2023. Please refer to the 359 pages of admissible evidence we provided Judge Valenciano to not release these TK attorneys (Docket#116) and the **INSANE** actions/inactions of Judge Valenciano in our January 12, 2023 Court hearing… where he released our attorneys first and then made us defend ourselves (5 minutes later) without legal representation in the Plaintiffs Motion to Enforce Summary Judgment.

No **SANE** Judge on the planet would do this, and the 2 Torkildson Katz Attorneys (Ron Heller and Jacob Kamstra) that flew over from Oahu charged us big money, kept all of our retainer, and we haven't been able to afford attorneys since then.

We made the ICA Court abundantly aware of this numerous times that we didn't choose to remain Pro Se and provided overwhelming admissible evidence to the ICA to support our position.

We also Officially Advised and Requested the ICA Court numerous times that we needed our Attorneys back to file our Opening Brief… and the only way we would get our attorneys back (or our money back for new attorneys) would require the Judges of the ICA and/or the Licensed in Hawaii ICA Staff Attorneys to abide by HRCJC Rule 2.15**** and HRPC Rule 8.3**** respectively.  We even filed Motion(Docket #80), a Motion for Reconsideration(Docket #95), and a Petition of Writ SCPW-24-0000330 to Compel the ICA Judges to abide by this Mandatory All Jurisdictional Rule****… but your staff attorneys wrongfully denied our motions and cited lack of jurisdiction… which is 100% incorrect, because this Rule doesn't state anything about Jurisdiction and is therefore all jurisdictional.

**AND**… in the Dismissal Order, all your Staff Attorneys had the nerve to say was that  our *"Opening Briefs substantially fail to comply with Hawaii Rules of Appellate Procedure HRAP Rules 10, 28(b)(4) and (b)(7)"*… and they referenced nothing else (zero evidence) from our numerous Court submitted dockets in CAAP-24-14.

My wife and I have seen ZERO EVIDENCE that the ICA Judges/Staff Attorneys reported this Judicial/Attorney Fraud and Wrongdoing to the Appropriate Authorities pursuant to HRCJC Rule 2.15 and HRPC 8.3 and your Staff Attorneys Dismissed this Appeal and Dismissed all Motions within this Appeal… which again is 100% incorrect.  BUT all the ICA Judges signed their names to this Order which Constitutes Judicial Fraud and Judicial Retaliation pursuant to HRCJC Rule 2.16, which is why we have ccd the Commission on Judicial Conduct (we have already opened an official investigation with the Commission, see attached) and the ODC.

**HOWEVER**, we understand that all ICA Judges BLINDLY signed this Order, so in GOOD FAITH, we will give you 5 days to become compliant and have provided email addresses for the other Appropriate Authorities (see below).

Of **Further Criminal Concern**… is that there are grave issues and concerns of Public Safety, Public Awareness, Public Protection, and InterState Fraud concerning the out of State Plaintiffs that have implications beyond the immediate parties.

The Plaintiffs are running this Scheme of Fraud against our family with their attorney and American Savings Bank's (ASB) Attorneys of Record (Michael Scarbo of M4Law and Jonathan W.Y. Lai of Watanabe Ing LLP) from their www.canntest.com Offices in Alaska (as reflected in Chun(Docket #718) and Lai's Declaration (5CCV-24-0000097 Dockets #68 and #129) for Attorney Fees which constitutes InterState Fraud.  This is obviously very concerning for tens of thousands Hawaii Residents that utilize the Banking and Lending Offerings of ASB… but of greater concern is that if Plaintiff Mark Malagodi of Canntest is as fraudulent in his marijuana testing as he is in the purchase of our home, Alaska Lives may be at stake, and that's not a chance any of us can afford to take.

We Officially Request and Demand that the ICA immediately contacts and reports the Plaintiffs' Scheme of Fraud to the Hawaii/Alaska FBI, the Hawaii/Alaska Attorney Generals, and the Alcohol and Marijuana Control Office (AMCO).  Please be advised that the ICA and its Judges/Attorneys can and will be held liable for not taking immediate action against an actionable threat.  Please provide my wife and I a copy of your Mandatory reports to all of these State and Federal Entities.

**Other Appropriate Authorities**

| | |
|---|---|
| Hawaii Attorney General Anne Lopez | anne.e.lopez@hawaii.gov |
| SIPD  David VanAker | david.m.vanacker@hawaii.gov |
| Office of Disciplinary Counsel | info@dbhawaii.org |
| KPD Police Chief Rudy Tai | rtai@kauai.gov |
| Derek Porter Director FBI Hawaii Office | dkporter@fbi.gov |
| Rebecca Day Director FBI Alaska Office | raday@fbi.gvo |
| Treg Taylor Alaska Attorney General | treg.taylor@alaska.gov |
| Kevin Richard  Director of AMCO | amco.admin@alaska.gov |

**\*\*\*\*Rule 2.15 of the Hawaii Revised Code of Judicial Conduct (HRCJC)** - The verbiage of Rule 2.15 clearly issues an Imperative Command when it uses the legal term "**SHALL**", which is a Non Optional Mandatory Obligation that carries the full weight of legal authority and must be adhered to without question and without delay. If Rule 2.15 was designed to allow State of Hawaii Judges and Justices the personal and professional Option/Discretion to report judicial and attorney fraud and misconduct to the appropriate authorities… it would have been written and adopted with the legal term **"MAY". Also this Rule doesn't state anything about jurisdiction**… therefore it is an at all times, all jurisdiction type of Rule that must mandatorily be abided by. Furthermore, Rule 2.15 doesn't list the authorities to report to, it simply says the authorities must be appropriate. In this matter, the appropriate authorities are, including but not limited to, the Hawaii Office of the Attorney General, the Hawaii Office of the FBI, KPD, the ODC, the Commission on Judicial Conduct, etc.

**\*\*\*\*Rule 8.3 of the Hawaii Rules of Professional Conduct (HRPC)** - The verbiage of Rule 8.3 clearly issues an Imperative Command when it uses the legal term "**SHALL**", which is a Non Optional Mandatory Obligation that carries the full weight of legal authority and must be adhered to without question and without delay. If Rule 8.3 was designed to allow State of Hawaii Licensed Attorneys (including ICA Staff Attorneys) the personal and professional Option/Discretion to report judicial and attorney fraud and misconduct to the appropriate authorities… it would have been written and adopted with the legal term "**MAY". Also this Rule doesn't state anything about jurisdiction**… Therefore it is and at all times, all jurisdiction type of Rule that must mandatorily be abided by and that completely supersedes any and all client-attorney relationship. Furthermore, Rule 8.3 doesn't list the authorities to report to, it simply says the authorities must be appropriate. In this matter, the appropriate authorities are, including but not limited to, the Office of the Attorney General, the FBI, KPD, the ODC, the Commission on Judicial Conduct, etc.

We reserve the right to provide additional evidence as needed and we expect and demand that each and every Judge/Justice involved in this Fraud, provide my wife and I full transparency, accountability, restitution, and sincere apologies… especially since we first brought the 5th Circuit Court's Fraud and Public Corruption and the Subsequent Judicial/Attorney Fraud and Wrongdoing to the ICA Judges' attention back in January 2024… and since January 2024 there have been numerous more Egregious Violations of our Legal, Procedural, and Constitutional Rights, including but not limited to, my wife and I being blocked from getting hearings to file pertinent Motions in the Circuit Court by Judge Valenciano's Court Clerk Patsy Rapozo (see her attached email)… and yet the plaintiffs' attorney (Judge Jonathan Chun) was wrongfully/unjustly allowed to file 2 separate motions in 2 separate hearings… one of which Motion resulted in a signed Order by Chief Judge Soong (he replaced Valenciano) that wrongfully/unjustly bypasses this appeal (CAAP-24-14), evicts us from our only home (only asset/only retirement income), steals over $1,200,000.00 of our hard earned home equity, and which your ICA Staff Attorneys reference on Page 6 of this Dismissal Order.

How much more TORTURE does the Circuit/Appellate/Supreme Court want to impose on the NICE FAMILY ?? What the Hawaii Judiciary is doing to our low income family is ILLEGAL and UNCONSTITUTIONAL …WTF is wrong with you people ?!

Thank you,
Cameron and Marti Nice

DATED: Kauai, Hawaii April 8, 2026

 _/s/ Cameron Nice_____          _/s/ Martha Nice_____
Cameron Nice                              Martha Nice
Non Movant Forced Pro Se Defendant        Non Movant Forced Pro Se Defendant

| 517 | 10/11/2023 | Order | ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF COSTS AND FEES FILED ON SEPTEMBER 14, 2023 | MARK MALAGODI - Plaintiff<br>JANET JOHNSTON - Plaintiff<br>MARTHA J JACOBSEN - Defendant<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee - Defendant<br>American Savings Bank FSB - Defendant<br>Cameron Nice - Defendant | |
|---|---|---|---|---|---|
| 519 | 10/20/2023 | Document<br>EFile Document upload of type Document | OTHER; COVERSHEET; CAAP-23-0000381 | MARK MALAGODI - Plaintiff<br>JANET JOHNSTON - Plaintiff<br>MARTHA J JACOBSEN - Defendant<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee - Defendant<br>American Savings Bank FSB - Defendant<br>Cameron Nice - Defendant | JACOBSEN, MARTHA J., Nice, Cameron |
| 521 | 10/23/2023 | Motion for ___ | DEFENDANTS MOTION FOR RECONSIDERATION TO OUR MOTION FOR STAY OF ORDER AND LEAVE TO PROCEED IN FORMA PAUPERIS (SUPERSEDEAS BOND); MEMORANDUM IN SUPPORT OF DEFENDNATS MOTION FOR RECONSIDERATION TO OUR MOTION FOR SAY OF ORDER AND LEAVE TO PROCEED IN FORMA PAUPERIS (SUPERSEDEAS BOND); etc | MARK MALAGODI - Plaintiff<br>JANET JOHNSTON - Plaintiff<br>MARTHA J JACOBSEN - Defendant<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee - Defendant<br>American Savings Bank FSB - Defendant<br>Cameron Nice - Defendant | JACOBSEN, MARTHA J., Nice, Cameron |

THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS

NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000014
07-APR-2026
07:51 AM
Dkt. 198 SO

NOS. CAAP-24-0000014 AND CAAP-24-0000015

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MARK MALAGODI and JANET JOHNSTON, Plaintiffs/Counterclaim
Defendants-Appellees,
v.
CAMERON E. NICE, MARTHA J. JACOBSEN, aka MARTHA J. JACOBSON-
NICE, Defendants/Counterclaimants-Appellants,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for
AMERICAN SAVINGS BANK, F.S.B., a Federal Savings Bank,
Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20, DOE
CORPORATIONS 1-20, and DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CCV-22-0000027)

SUMMARY DISPOSITION ORDER
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

In this consolidated appeal,[1] self-represented
Defendants-Appellants Cameron E. Nice and Martha J. Jacobsen

---

[1] This court consolidated these related appeals on September 12,
2024.

(collectively, the **Nices**) challenge orders related to the enforcement of a purchase contract for the sale of their residential property to Plaintiffs-Appellees Mark Malagodi and Janet Johnston (collectively, the **Malagodis**), after the circuit court granted summary judgment on the Malagodis' claim for specific performance.  We dismiss for lack of jurisdiction.

In CAAP-24-0000014, the Nices appeal from the October 11, 2023 "Order Denying [the Nices'] Motion for Stay of Order and Leave to Proceed in Forma Pauperis (Supersedeas Bond) Filed Herein on September 2 and 11, 2023" (**Order Denying Stay**) and the December 13, 2023 "Order Denying [the Nices'] Motion for Reconsideration to [the Nices'] Motion for Stay of Order and Leave to Proceed in Forma Pauperis (Supersedeas Bond) Filed Herein on October 23, 2023" (**Order Denying Reconsideration**), both filed by the Circuit Court of the Fifth Circuit (**Circuit Court**).[2]  *THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS*

In CAAP-24-0000015, the Nices appeal from the December 13, 2023 "Order Granting [the Malagodis'] Motion to Hold [the Nices] in Contempt of Court Filed Herein on November 3, 2023" (**Contempt Order**), filed by the Circuit Court.

The Nices' Opening Briefs in both cases substantially fail to comply with Hawai'i Rules of Appellate Procedure (**HRAP**) Rules 10, 28(b)(4) and (b)(7).  The Malagodis' Answering Briefs in each case challenge this court's jurisdiction.  These challenges have merit.

On November 1, 2022, the Circuit Court granted summary judgment on the Malagodis' claim for specific performance, but the Nices thereafter still refused to close the sale.

---

[2]    The Honorable Randal G.B. Valenciano presided.

2

On March 10, 2023, the Malagodis filed a "Motion to Compel [the Nices] to Sign Closing Documents," which was heard and orally granted on August 8, 2023. The Circuit Court compelled the Nices to sign closing documents by September 7, 2023, or post a supersedeas bond of $1,826,663.89 as a condition to obtain a stay.

On September 7, 2023, the Circuit Court filed its "Order Granting [the Malagodis'] Motion to Compel [the Nices] to Sign Closing Documents Filed Herein on March 10, 2023" (**Order Granting Motion to Compel**), which commanded the Nices to:

> sign and execute all closing documents required by Old Republic Title and Escrow to close the sale, including all conveyance documents, the payment of all conveyance taxes, the satisfaction of all liens and encumbrances, the payment of all fees and commissions and the issuance of title insurance to Plaintiffs Malagodi, for Defendants Nice's [sic] [subject property] . . . pursuant to the terms of the parties' Purchase Contract, as amended, including the As Is Condition Addendum . . . by 4:30 p.m. Thursday, September 7, 2023.

The Nices did not appeal from the Order Granting Motion to Compel. Instead, on September 11, 2023, the Nices requested a stay of the Order Granting Motion to Compel, noting their "low income status" and "financial stress of the [Malagodis'] frivolous and fraudulent Notice of Pendency."

On October 11, 2023, the Circuit Court denied the motion to stay in its Order Denying Stay, and the Nices filed a motion for reconsideration on October 23, 2023.

On November 3, 2023, due to the Nices' continued refusal to sign closing documents, the Malagodis filed a motion to hold the Nices in contempt. At a November 16, 2023 hearing, the Circuit Court orally granted the Malagodis' motion.

On December 13, 2023, the Circuit Court issued its Contempt Order imposing a fine of $1,500.00 per day, effective

→ THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS

from November 4, 2023 and until the Nices closed the sale of, and vacated, the property.

On December 13, 2023, the Circuit Court also filed its Order Denying Reconsideration. THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS

On January 8, 2024, the Nices filed their Notice of Appeal of the October 11, 2023 Order Denying Stay and the December 13, 2023 Order Denying Reconsideration, generating CAAP-24-0000014. THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS

On January 9, 2024, the Nices filed their Notice of Appeal of the December 13, 2023 Contempt Order, generating CAAP-24-0000015.

### 1. CAAP-24-0000014

In their jurisdictional challenge, the Malagodis argue that the October 11, 2023 Order Denying Stay is not a final order, and not appealable as a collateral order or appealable under the Forgay doctrine.[3] We agree that the Order Denying Stay is not a final order or an appealable collateral order. See Siangco v. Kasadate, 77 Hawai'i 157, 161, 883 P.2d 78, 82 (1994) (holding that under the collateral order doctrine, an interlocutory order may be appealable if the order "[(1)] conclusively determine[s] the disputed question, [(2)] resolve[s] an important issue completely separate from the merits of the action, and [(3)] [is] effectively unreviewable on appeal from final judgment" (citations omitted)). The Malagodis argue the Order Denying Stay is not appealable under Forgay because it "does not command the immediate transfer of property, but only denies the Appellant Nice's [sic] request to stay the court's previous [Order Granting Motion to Compel]."

---

[3]     See Forgay v. Conrad, 47 U.S. 201 (1848).

4

"The existence of jurisdiction is a question of law that this court reviews de novo under the right/wrong standard." Uyeda v. Schermer, 144 Hawaiʻi 163, 170, 439 P.3d 115, 122 (2019) (citation omitted).

Under the Forgay doctrine, an interlocutory order may be appealable if it "commands the immediate transfer of property, where the losing party will be subjected to undue hardship and irreparable injury if appellate review must wait until the final outcome of the litigation." Lambert v. Teisina, 131 Hawaiʻi 457, 461, 319 P.3d 376, 380 (2014) (citations omitted).

Here, while the underlying September 7, 2023 Order Granting Motion to Compel was an appealable interlocutory order because it "command[ed] the immediate transfer of property" and arguably would have subjected the Nices "to undue hardship and irreparable injury if appellate review" was delayed to the end of the litigation,[4] the appealed-from order is the October 11, 2023 Order Denying Stay. The October 11, 2023 Order Denying Stay denies the request for a stay, and does not command an immediate transfer of property or order the sale of the property, and is not appealable. See id. For the same reason, the December 13, 2023 Order Denying Reconsideration is also not appealable under Forgay. We conclude we lack jurisdiction over the appeal in CAAP-24-0000014. See Uyeda, 144 Hawaiʻi at 170, 439 P.3d at 122.

→ THIS IS FRAUD AND FRAUD UPON THE CIRCUIT AND ICA COURTS.

---

[4] "Foreclosure decrees, writs of possession, and orders for the sale of specific property are examples of orders and decrees that [the Hawaiʻi Supreme Court] has held to be appealable under the Forgay doctrine." Lambert, 131 Hawaiʻi at 461, 319 P.3d at 380 (citations omitted).

5

## 2. CAAP-24-0000015

The Malagodis also challenge this court's jurisdiction over the December 13, 2023 Contempt Order, arguing that it is not a final appealable order, and not appealable as a collateral order or under Forgay.

Here, the Contempt Order is not a final order, and is not an appealable interlocutory order because it did not "conclusively determine the disputed question," where it imposed fines that would accrue daily until the Nices complied, did not direct payment of a sum certain by a date certain, and was not enforceable through contempt proceedings. Siangco, 77 Hawai'i at 161, 883 P.2d at 82 (citations omitted) (holding that "the collateral order doctrine [did] not apply" because the "circuit court's order did not fully and finally dispose of the sanctions issue" where "it did not specify the amount" of attorney's fees the appellant would have to pay); see Harada v. Ellis, 60 Haw. 467, 480, 591 P.2d 1060, 1070 (1979). The fact that the total fine amount was subsequently finalized in a separate order on January 12, 2026 does not alter this analysis.[5] See Siangco, 77 Hawai'i at 161, 883 P.2d at 82. The Contempt Order is also not appealable under Forgay because the Nices were permitted to pay the accrued fines as a credit to the purchase price on closing, such that the order did not command an "immediate transfer of property[.]" See Lambert, 131 Hawai'i at 461, 319 P.3d at 380 (citations omitted). We conclude we lack jurisdiction over the appeal in CAAP-24-0000015. See Uyeda, 144 Hawai'i at 170, 439 P.3d at 122.

---

[5] We take judicial notice of this order in the underlying case, 5CCV-22-0000027. The Nices are not precluded from challenging this order once a final appealable order or judgment is entered.

6

For the foregoing reasons, we dismiss this consolidated appeal.  As this is an order of dismissal, no judgment will be filed.

All related pending motions are also dismissed.

DATED:  Honolulu, Hawai'i, April 7, 2026.

On the briefs:

Cameron E. Nice and
Martha J. Jacobson-Nice,
Self-represented Defendants/
Counterclaimants-Appellants.

Jonathan J. Chun,
for Plaintiffs/Counterclaim
Defendants-Appellees.

Bradford J. Dang,
for Defendant-Appellee
AMERICAN SAVINGS BANK, F.S.B.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

7



**Commission on Judicial Conduct** — THE JUDICIARY • STATE OF HAWAI'I

417 S. KING STREET, ROOM 206A, HONOLULU, HAWAI'I 96813-2943
TELEPHONE (808) 539-4790 • FAX (808) 539-4756

Lisa W. Munger, Esq., CHAIR
Doris M. Ching, EdD, VICE CHAIR
Corbett A. K. Kalama
Diane M. Kimura
Dickson C. H. Lee, Esq.
Benjamin M. Matsubara, Esq.
Lynne T. Waters

August 29, 2025

Mr. Cameron Nice
Mrs. Martha Nice
P.O. Box 474
Kapaa, HI 96746

Re: Judges Randal G. B. Valenciano and Shirley M. Kawamura;
Fifth Circuit Per Diem Judges; Intermediate Court of Appeals Judges
Keith Hiraoka, Karen Nakasone, and Kimberly Guidry;
Chief Justice Mark E. Recktenwald, Associate Justices Sabrina S.
McKenna, Todd W. Eddins, Lisa M. Ginoza, and Vladimir P. Devens
5CCV-22-0000027, 5CCV-24-0000097, CAAP-23-0000381,
CAAP-24-0000014, CAAP-24-0000015, CAAP-25-0000065,
SCPW-23-0000056, SCPW-23-0000441, SCPW-23-0000711,
SCPW-24-0000183, SCPW-24-0000330, SCPW-24-0000655,
SCPW-25-0000359, and SCPW-25-0000494

Dear Mr. and Mrs. Nice:

The Commission on Judicial Conduct has received and reviewed your submissions dated December 30 and 31, 2024, January 2, 3, 26, 28, 29 and 31, February 6, 12, 13, March 28, April 4, May 13, and June 2, 4, 5, 11, 17 and 27, 2025.

The purpose of this Commission is to review allegations of misconduct or disability on the part of a judge or justice. Our review is limited to determining whether the judge or justice violated the Hawai'i Revised Code of Judicial Conduct. Please understand that the Commission is not allowed to participate in or affect ongoing court proceedings or to give advice to members of the public. The Commission has no authority to change any order or decision made by a judge in a case. Only an appellate court may review a judge's orders or decisions.

The Commission is aware that your cases are still ongoing and that some of the issues you presented to us may be related to matters that are currently being litigated. In situations such as this, the Commission will not act on a complaint until all judicial proceedings have been concluded.

Mr. and Mrs. Cameron and Martha Nice
Re:    Judges Randal G. B. Valenciano and Shirley M. Kawamura;
       Fifth Circuit Per Diem Judges; Intermediate Court of Appeals Judges
       Keith Hiraoka, Karen Nakasone, and Kimberly Guidry;
       Chief Justice Mark E. Recktenwald, Associate Justices Sabrina S. McKenna,
       Todd W. Eddins, Lisa M. Ginoza, and Vladimir P. Devens
       5CCV-22-0000027, 5CCV-24-0000097, CAAP-23-0000381,
       CAAP-24-0000014, CAAP-24-0000015, CAAP-25-0000065,
       SCPW-23-0000056, SCPW-23-0000441, SCPW-23-0000711,
       SCPW-24-0000183, SCPW-24-0000330, SCPW-24-0000655,
       SCPW-25-0000359, and SCPW-25-0000494
August 29, 2025
2 | P a g e


For this reason, the Commission is closing this matter, but we will hold the materials you have sent to us. After all judicial proceedings, including appeals, have been concluded, please notify the Commission if you want us to proceed with a review of your submissions. As we are keeping the materials you have submitted to date, there is no need submit any document repeating allegations you have already made.

We appreciate your taking the time to bring your concerns to the Commission's attention.

Very truly yours,

/S/ Lisa W. Munger

Lisa W. Munger
Chair


LWM:st

**Patsy M. Rapozo <patsy.m.rapozo@courts.hawaii.gov>**                    11/1/2024 6:01 PM

## Re: 5CCV-22-0000027 - Court hearing date

To marti <marti@hawaiianoptics.com>

Good Morning Marti,

The case you noted above is currently on appeal and therefore, this court currently does not have jurisdiction over this case.

Thank you,

Patsy M. Rapozo
Court Clerk to Chief Judge Randal Valenciano
Circuit Court of the 5th Circuit
Direct: (808) 482-2372
Main:  (808) 482-2322
Fax:    (808) 482-2662
Email: Patsy.M.Rapozo@courts.hawaii.gov

**From:** marti <marti@hawaiianoptics.com>
**Sent:** Friday, November 1, 2024 11:00 AM
**To:** Patsy M. Rapozo <Patsy.M.Rapozo@courts.hawaii.gov>
**Cc:** Kathleen N. Watanabe <Kathleen.N.Watanabe@courts.hawaii.gov>
**Subject:** 5CCV-22-0000027 - Court hearing date

Aloha Patsy,

RE:  5CCV-22-0000027 - Court hearing date

Not sure because this Order (Docket #561) is under Appeal...but it looks like (and just to be safe) we please need a court hearing date so that we can file a Motion For Relief Of Judgment (pursuant to Rule 60 of the HRCP and due to Judicial/Attorney Fraud and Fraud Upon the Court) from the Contempt of Court Order (Docket #561) that Judge Valenciano fraudulently signed on December 13, 2023.

Judge Valenciano has taken everything from our family and now foreclosure on our only home, just to help his buddy Judge Chun... I actually get physically ill just thinking about those two horrible and disgusting men.

Thank you, Marti Nice